UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JAIME ISMAEL ROSILLO | § § § | |
| VS. | § | MISC. ACTION NO. 7:18-MC-1090 |
| LORIE DAVIS | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING RELIEF

The Court has reviewed the magistrate judge's Report and Recommendation regarding Petitioner Jaime Ismael Rosillo's "Motion for Bench Warrant." (Docket No. 1). After having reviewed the said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Peter E. Ormsby's Report and Recommendation entered as Docket Entry No. 4 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that Petitioner's "Motion for Bench Warrant" should be **DENIED** and that this action be **DISMISSED** without prejudice.

The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

SO ORDERED this 18th day of February, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge